In the Matter of JESSICA GRAHAM, Appellant, v CHARLES T. RAWLEY, Respondent.

Submitted July 27, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie. Motion for poor person relief dismissed as academic.